UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| VANESSA SPARKS, *et al.*, | : | Case No. 1:20-cv-713 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Karen L. Litkovitz |
| v. | : | |
| | : | |
| MAYOR JOHN CRANLEY, *et. al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

## DEFENDANTS CINCINNATI CENTER CITY DEVELOPMENT CORPORATION AND STEPHEN LEEPER'S RESPONSE IN OPPOSITION TO PLAINTIFF VANESSA SPARKS' OBJECTION TO MAGISTRATE REPORT AND RECOMMENDATION

Defendants Cincinnati Center City Development Corporation – 3CDC and Stephen Leeper (collectively "3CDC"), by and through counsel, respectfully oppose Plaintiff Vanessa Sparks' Objection to Magistrate Litkovitz's Report and Recommendation in this matter. (DN 35). In the interest of conserving this Court's resources, 3CDC is not reproducing the argument and legal authority presented by its co-Defendants but incorporates all such argument and authority by reference, as equally applicable to 3CDC and all Defendants. As such, 3CDC hereby adopts all arguments furthered in the co-Defendants' Opposition to Plaintiff's Objection, (DN 36), as if fully restated herein. For these reasons and the argument set forth in 3CDC's Motion to Dismiss, (DN 18), 3CDC is entitled to dismissal of Plaintiffs' claims against it.

Respectfully submitted,

  */s/ R. Samuel Gilley*
R. Samuel Gilley (0092533)
DINSMORE & SHOHL LLP
255 East Fifth St., Suite 1900
Cincinnati, Ohio 45202
513.977.8533 (phone)
513.977.8141 (fax)
samuel.gilley@dinsmore.com
**Counsel for Defendants Cincinnati Center City Development Corporation – 3CDC and Stephen Leeper**

3

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon all parties and counsel of record through the Court's ECF system on this 11th day of May 2021.

                                                */s/ R. Samuel Gilley*